```
                        United States Bankruptcy Court
                             District of Nevada

In re:                                               Case No. 19-50668-btb
GARY ROGER JESSUP, II                                Chapter 7
          Debtor

                        CERTIFICATE OF NOTICE

District/off: 0978-3        User: admin         Page 1 of 1          Date Rcvd: Sep 10, 2019
                           Form ID: 318         Total Noticed: 19
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2019.

```
db            +GARY ROGER JESSUP, II,   866 BRANSTETTER AVE,   DAYTON, NV 89403-9776
aty           +NICHOLAS M. WAJDA,   LAW OFFICE OF NICHOLAS M WAJDA,   871 CORONADO CENTER DR., STE. 200,
               HENDERSON, NV 89052-3977
tr            +MARIANNE EARDLEY,   P.O. BOX 460,   ELKO, NV 89803-0460
10825933      +Cape Fear Valley Medical Center,   1638 Owen Dr,   Fayetteville, NC 28304-3431
10825937       Family Fin,   25331 1h 10 West,   San Antonio, TX 78257
10825940       Maverick Finance,   C/o Security Finance,   Spartanburg, SC 29304
10825946      +Summit Collection Services,   491 Court St.,   Reno, NV 89501-1708
10825947      +Sun Credit,   25331 1h 10 West,   San Antonio, TX 78257
10825948      +United Finance Company,   1833 Auburn Way N Ste A,   Auburn, WA 98002-3361
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
ust           +E-mail/Text: USTPRegion17.RE.ECF@usdoj.gov Sep 11 2019 03:21:52    U.S. TRUSTEE - RN - 7,
               300 BOOTH STREET, STE 3009,   RENO, NV 89509-1362
10825935       EDI: CAPITALONE.COM Sep 11 2019 07:03:00    Capital One,   15000 Capital One Dr,
               Richmond, VA 23238
10825936      +EDI: CAPITALONE.COM Sep 11 2019 07:03:00    Capital One,   Attn: Bankruptcy,   Po Box 30285,
               Salt Lake City, UT 84130-0285
10825938      +EDI: AMINFOFP.COM Sep 11 2019 07:03:00    First Premier Bank,   3820 N Louise Ave,
               Sioux Falls, SD 57107-0145
10825939      +EDI: AMINFOFP.COM Sep 11 2019 07:03:00    First Premier Bank,   Attn: Bankruptcy,
               Po Box 5524,   Sioux Falls, SD 57117-5524
10825942      +EDI: MID8.COM Sep 11 2019 07:03:00    Midland Funding,   2365 Northside Drive,
               San Diego, CA 92108-2709
10825943      +EDI: MID8.COM Sep 11 2019 07:03:00    Midland Funding,   2365 Northside Dr Ste 300,
               San Diego, CA 92108-2709
10825944       E-mail/Text: consumerhelpdesk@omega-rms.com Sep 11 2019 03:22:40    Omega RMS LLC,
               P.O. Box 801688,   Kansas City, MO 64180-0001
10825945      +E-mail/Text: spcc@renown.org Sep 11 2019 03:22:51    Renown Regional Medical Center,
               1155 Mill St,   Reno, NV 89502-1576
10825941       EDI: SECFIN.COM Sep 11 2019 07:03:00    Maverick Finance,   C/O Security Finance,   Po Box 811,
               Sparatnburg, SC 29304
                                                                                        TOTAL: 10


              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10825934*     +Cape Fear Valley Medical Center,   1638 Owen Dr,   Fayetteville, NC 28304-3431
10825949      ##+United Finance Company,   3764 E. Flamingo Rd.,   Las Vegas, NV 89121-4921
                                                                            TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2019                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2019 at the address(es) listed below:

```
              MARIANNE  EARDLEY    meardley@frontiernet.net,   nv18@ecfcbis.com
              NICHOLAS M. WAJDA    on behalf of Debtor GARY ROGER JESSUP, II nick@wajdalawgroup.com,
              r47098@notify.bestcase.com
              U.S. TRUSTEE - RN - 7    USTPRegion17.RE.ECF@usdoj.gov
                                                                              TOTAL: 3
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **GARY ROGER JESSUP II** | Social Security number or ITIN **xxx–xx–6896** |
| | First Name    Middle Name    Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **District of Nevada** | | |
| Case number:  **19–50668–btb** | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

GARY ROGER JESSUP II

9/10/19                                                    **By the court:**        Mary A. Schott
                                                                                                   Clerk of Court

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                              **Order of Discharge**                              page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**